## Exhibit A to the Complaint

**Location:** Matawan, NJ  **IP Address:** 100.8.130.10
**Total Works Infringed:** 25  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | F1A5E46A813EF029CACC8BA8556FADDC922EE2EF | 03/10/2025 19:50:25 | Tushy | 03/09/2025 | 03/28/2025 | PA0002522491 |
| 2 | 5D759E270AD1D329AE2F2A77758FD4BEF0EAF830 | 03/04/2025 19:00:40 | Tushy | 03/02/2025 | 03/28/2025 | PA0002522493 |
| 3 | cac0e9fe2e4da38f2ad3ad920c467b32aa6317d4 | 02/17/2025 15:16:50 | Milfy | 02/05/2025 | 02/18/2025 | PA0002516142 |
| 4 | 13A50BAD3A1FDC11219E4E48FE0764F41122FAF4 | 02/15/2025 18:07:54 | Vixen | 02/07/2025 | 02/18/2025 | PA0002515982 |
| 5 | B691D4B7607C1000F612D4B89E8CB146A1A85EDB | 12/22/2024 00:23:28 | Vixen | 12/20/2024 | 01/16/2025 | PA0002509655 |
| 6 | E169084755FC78ED89A175EACBE9C5C4E312C161 | 12/16/2024 14:11:36 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 7 | 3CF70B06B22AA6DBA69263A9F14EE25F1A72ADA2 | 12/10/2024 22:45:52 | Tushy | 12/08/2024 | 12/13/2024 | PA0002506314 |
| 8 | 0F3628E61A59F4A67E8A27474FC3C1035D430043 | 11/04/2024 19:50:47 | Tushy | 11/03/2024 | 11/18/2024 | PA0002500920 |
| 9 | 3701F7E81B65C2EEB9382E15D305261044ACD0CF | 10/29/2024 23:27:47 | Blacked Raw | 10/28/2024 | 11/18/2024 | PA0002501005 |
| 10 | 8D6772E1FB3A759C127960BB771D49B1C74DB88D | 09/24/2024 22:52:39 | Tushy | 09/22/2024 | 10/16/2024 | PA0002494781 |
| 11 | 82a4d171d0b37e07a78a9f58de6c2f83925cf254 | 09/23/2024 03:50:40 | Tushy | 04/26/2020 | 05/19/2020 | PA0002241478 |
| 12 | 664012a4f6eeda8cb5bf010ea7e3f85f4004fc09 | 09/15/2024 17:19:49 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 13 | 8e8be260f3f5ea99b9293e83f0b62b76c814dbfb | 09/14/2024 12:20:44 | Blacked Raw | 04/04/2023 | 04/07/2023 | PA0002405732 |
| 14 | 7507376749682130f043cbb0bf88a33ecebb8b0b | 09/12/2024 05:45:48 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 15 | 9154423319a64794b896fa966c9bb1dfe200e2d9 | 09/11/2024 20:36:11 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 16 | 9b07c856f04245e863acdc021044ec16bc7a6938 | 09/10/2024 10:50:20 | Blacked Raw | 12/03/2017 | 01/04/2018 | PA0002097460 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | de4bfe82ef3ea0236bbffb3527743a1a3b4b0cdf | 09/09/2024 00:49:07 | Blacked Raw | 04/27/2019 | 07/05/2019 | PA0002206379 |
| 18 | 7f5d1b08dff0c0611e71994bfa3ab5ae722737a7 | 09/03/2024 14:54:25 | Tushy | 04/30/2023 | 05/14/2023 | PA0002411311 |
| 19 | a56b9cd9e1b56cc15b520e84c0b68d54b5a0f415 | 09/03/2024 06:06:01 | Vixen | 11/13/2020 | 12/09/2020 | PA0002274953 |
| 20 | 742ef3cec860d618541a352b1fa931951783707e | 08/22/2024 13:44:25 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 21 | 0e1e1164c0fe690206b4f620fdbf4ef5bcb70878 | 08/20/2024 00:47:43 | Vixen | 07/13/2019 | 08/02/2019 | PA0002192302 |
| 22 | 97b71b813d912765c23d6998ce623849b11c02d9 | 08/17/2024 23:48:38 | Blacked Raw | 06/28/2021 | 07/08/2021 | PA0002300664 |
| 23 | 30f4b33d9ff33af369d15e76399bcba0843b46af | 08/17/2024 14:43:24 | Tushy | 06/07/2020 | 06/25/2020 | PA0002255506 |
| 24 | eae792e7063378c4ff1ebb88fd015418b92e58a1 | 08/16/2024 01:03:46 | Blacked Raw | 07/25/2022 | 08/29/2022 | PA0002367727 |
| 25 | AF34356D2199CA85893A2E98AAEBB4500ABA65A1 | 08/12/2024 22:19:48 | Tushy | 08/11/2024 | 08/15/2024 | PA0002484873 |